UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Johnae Rajshan HOYT,
Plaintiff,
v.
Mario RAMIREZ, et al.,
Defendants.

Case No.: 26-cv-5390-AGS-DEB

**ORDER DISMISSING COMPLAINT**

In this civil-rights action, self-represented plaintiff Johnae Hoyt has neither paid the required filing fees nor moved to proceed without prepaying them. His case must therefore be dismissed.

Parties instituting civil actions in United States district courts must pay $405 in filing fees. *See* 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2023). But plaintiffs granted the right to proceed *in forma pauperis* need not pay those fees. *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Inmate-plaintiffs who are granted IFP status remain obligated to pay the filing fee in "increments," even if their cases are ultimately dismissed. *See Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015); 28 US.C. § 1915(b)(1)–(2).

Hoyt has not paid any filing fees. Hoyt merely sent his trust account statement. (*See* ECF 2; ECF 3.) Although that statement is required for the Court to grant *in forma pauperis* status, that trust account statement does not alone constitute a valid IFP motion. After all, the trust account statement lacks any information about other assets Hoyt may hold *(see* ECF 2), which is a key aspect of the Court's IFP analysis. An IFP motion must be accompanied by, among other things, an affidavit with a detailed financial statement. *See* CivLR 3.2(a)(1)–(7). Hoyt's case is thus **DISMSSED** without prejudice. The Clerk must close this case.

If Hoyt wishes to reopen this case, by **December 15, 2026**, he must either: (a) prepay the $405 in fees in full; or (b) file a sworn and complete IFP motion. *See* 28 U.S.C. § 1915(a)(2); CivLR 3.2(b). The Clerk must mail Hoyt copies of this Order as well as this Court's approved IFP form (entitled "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis*"), which contains the affidavit required to support an IFP motion.

If Hoyt pays the fees or files such an IFP motion by the deadline, the Clerk will reopen the case. If he has done neither by the deadline, the Clerk will issue a judgment of dismissal.

Dated: November 12, 2026

Hon. Andrew G. Schopler
United States District Judge